UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER F. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CV-1296 CAS |
| ) | |
| SUBURBAN JOURNALS OF ) | |
| GREATER ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

In accordance with the hearing held in this matter on May 19, 2009, and as announced from the bench;

**IT IS HEREBY ORDERED** that plaintiff's motion to compel responses to written interrogatories and for expenses is **GRANTED in part** and **DENIED in part.** The motion is **GRANTED** as follows:

Defendant shall supplement its response to Interrogatory No. 3 and state its policies and procedures after it determines whether there is an outstanding debit balance;

In regard to interrogatory No. 15, defendant shall provide plaintiff with a list of similarly situated businesses or persons, who were allowed to advertise with the Suburban Journal five (5) years prior to August 12, 2008, despite having an outstanding debit balance with the Suburban Journal or any of its sister or affiliated companies, including, but not limited to the St. Louis Post-Dispatch, LLC;

Defendant shall answer Interrogatory No. 15(c) and state whether and how the Journal engages in the collection of its debts;

Defendant shall answer Interrogatory No. 16, and state the total number of office locations for the Suburban Journal in St. Louis City and County, and identify which offices accept advertisements.

The motion is **DENIED without prejudice** in regard to Interrogatory No. 4. In the event the Court

grants plaintiff leave to file his fifth amended complaint, defendant shall answer Interrogatory No. 4.

In all other respects, plaintiff's motion is **DENIED**. [Doc. 67]

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　**CHARLES A. SHAW**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

Dated this  19th  day of May, 2009.