UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WALTER F. SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV01296 ERW |
| ) | |
| SUBURBAN JOURNALS OF ) | |
| GREATER ST. LOUIS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on Plaintiff's Motion for a Stay of Proceedings to Enforce Judgment [doc. #152].

On October 19, 2009, the Court granted Defendants' Motion for Summary Judgment and entered a judgment against Plaintiff Walter F. Scott ("Plaintiff"). Plaintiff subsequently made a Motion for Reconsideration, which the Court denied. Plaintiff then timely filed his Notice of Appeal on November 2, 2009. Plaintiff now requests in his Motion that the Court grant a stay of proceedings pending his appeal, pursuant to Federal Rule of Civil Procedure 62(a).

Plaintiff's Motion is unnecessary to accomplish the result he seeks. As noted above, Plaintiff's Notice of Appeal was timely, and he does not need to take any additional steps to provide for appellate review of this Court's decision to grant summary judgment in favor of Defendants.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for a Stay of Proceedings to Enforce Judgment [doc. #152] is **DENIED**.

Dated this 16th Day of November, 2009.

/s/ E. Richard Webber
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE